# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __TENNESSEE__

__KNOXVILLE__ Division

FILED

MAR 14 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

__GLENN FRED GLATZ__

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__see attached__

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. __3:22cv93__
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: GLENN FRED GLATZ
All other names by which you have been known: n/a
ID Number: 368760
Current Institution: BLOUNT COUNTY JAIL
Address: 920 E. LAMAR ALEXANDER PARKWAY
MARYVILLE, TENNESSEE 37804-6201
*City — State — Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: RONALD CROCKETT NEWCOMB
Job or Title *(if known)*: ASSISTANT DISTRICT ATTORNEY
Shield Number: unknown
Employer: 4th JUDICIAL DISTRICT OF TENNESSEE
Address: 125 COURT AVENUE #301 E
SEVIERVILLE, TENNESSEE 37862
*City — State — Zip Code*
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: JAMES BRUCE DUNN
Job or Title *(if known)*: DISTRICT ATTORNEY
Shield Number: unknown
Employer: 4th JUDICIAL DISTRICT OF TENNESSEE
Address: 125 COURT AVENUE #301 E
SEVIERVILLE, TENNESSEE 37862
*City — State — Zip Code*
[X] Individual capacity  [X] Official capacity

Defendant No. 3
Name: TONY LYNN TARWATER
Job or Title (if known): DETECTIVE
Shield Number: unknown
Employer: SEVIER COUNTY SHERIFF'S OFFICE
Address: 106 W. BRUCE STREET
SEVIERVILLE, TENNESSEE 37862
[X] Individual capacity  [X] Official capacity

Defendant No. 4
Name: RICHARD EVERETT COLLINS
Job or Title (if known): DETECTIVE
Shield Number: unknown
Employer: JEFFERSON COUNTY SHERIFF'S OFFICE
Address: 765 JUSTICE CENTER DRIVE
DANDRIDGE, TENNESSEE 37725
[X] Individual capacity  [X] Official capacity

PLEASE SEE ATTACHED ADDENDUM OF NAMED DEFENDANTS

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

[X] Sevier and Jefferson Counties, TN (a *Monell* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Constitutional and Statutory rights of Plaintiff's that have been violated by State and local officials vary per the differing Counts contained within the Statement of Claim - Civil Right Complaint. These violations are specified within each Count so please refer to the Counts claimed within

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Please see the individual counts being sued under Bivens (Counts 22-25) for specification of the Constitutional Rights violated by Federal Officials against Plaintiff's rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

These are explained individually within each Count contained herein

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

These explanations are found contained within the Counts claimed herein. They all revolve around and are directly related to a Conspiracy of Continuing Violation arrests on ~~April~~ June 28, 2017, April 11, 2016, May 3, 2018, May 10, 2018 and January 23, 2020

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

n/a

C. What date and approximate time did the events giving rise to your claim(s) occur?

See IV (A) above please.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see the attached 51 pages of 25 counts, that law enforcement agencies across a wide spectrum have engaged in a "Crusade" to conspiratorially destroy Plaintiff because of a 30 year old Sex offense conviction IN A CONTINUING VIOLATION of arrests inextricably woven together in a silent non-verbal conspiracy evidenced by circumstantial and concrete evidence. The Dossier shared by federal, state, and county police are evidence of conspiracy / Continuing Violation Theory doctrine.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Individual Counts. Deprivation of five years of liberty during last 6 years and all property and all family without Due Process. Destruction of Plaintiff's life.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Please see additional attached/enclosed sheets containing Addendum of Relief Sought - Itemization of Monetary Damages. Plaintiff wants the Court to Issue immediate Injunctive Relief enjoining all law enforcement named in Count Three from continuing to maintain their illegal dossier(s) of documents and information, illegally held and unreasonably seized in violation of Plaintiff's 4th Amendment rights that has been a Continuing Violation since at least the year 2017. Monetary damages are explained — their basis — in the individual counts for the torts and injuries inflicted on Plaintiff, mostly loss of his liberty for about five of the last 6 years, and loss of his family and all of his property. Plaintiff also seeks Injunctive Relief enjoining all law enforcement from continually violating his Constitutional Rights by arresting him on future bogus registry violations, especially in conjunction with the HIGH LIKELIHOOD OF THE SAME RESULT IN 3:21-CV-00026.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

n/a

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure? n/a

☐ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? n/a

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? n/a

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? n/a

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   n/a

2. What did you claim in your grievance?

   n/a

3. What was the result, if any?

   n/a

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   n/a

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   n/a

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   n/a

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   n/a

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) GLENN FRED GLATZ

    Defendant(s) The same ones named in this lawsuit PLUS: David B. Rausch, TBI DIRECTOR; Herbert H. Slatery, III, TN. Atty Gen.; Bill Lee, Governor of Tennessee; and, Blake Cupp, JCSO

2. Court *(if federal court, name the district; if state court, name the county and State)*

    Eastern District of Tennessee federal District Court, Knoxville, TN.

3. Docket or index number

    3:21-CV-00026

4. Name of Judge assigned to your case

    The Honorable Judge Corker, The Honorable Magistrate Debra C. Poplin.

5. Approximate date of filing lawsuit

    January 21, 2021

6. Is the case still pending?

    ☒ Yes

    ☐ No

    If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Portions of the case were allowed to proceed and portions were partially dismissed due to improper joinder. The portion allowed to proceed was an "as-applied" challenge as the Sex Offender Registry applies to Plaintiff. The remainder partially dismissed dealt with four wrongful arrests due to the Sex Offender Registry. This suit addresses the CONSPIRACY by law enforcement that created the illegal arrests.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

no

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit n/a
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   n/a

3. Docket or index number
   n/a

4. Name of Judge assigned to your case
   n/a

5. Approximate date of filing lawsuit
   n/a

6. Is the case still pending? n/a
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   n/a

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 19, 2022

Signature of Plaintiff: *Glenn F. Glatz*
Printed Name of Plaintiff: GLENN FRED GLATZ
Prison Identification #: ~~368706~~ 368760
Prison Address: BLOUNT COUNTY JAIL
920 E. LAMAR ALEXANDER PARKWAY.
MARYVILLE     TENNESSEE   37804-6201
         City                State        Zip Code

note: Plaintiff is prepared to file this Title 42 U.S.C. §1983 today, January 19, 2022, and has requested weeks ago a 6 month printout of his commissary account and notary thereof, but has not received it and is being delayed.

### B. For Attorneys

Date of signing: n/a

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

         City                State        Zip Code

Telephone Number: 
E-mail Address: